# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN C. THOMPSON,<br><br>Petitioner,<br><br>v.<br><br>RICK HILL, Warden,<br><br>Respondent. | Case No. 1:13-cv-02094-LJO-SKO   HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF PETITIONER'S MOTION FOR RECONSIDERATION<br><br>(Doc. 18) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On July 8, 2014, the Magistrate Judge filed findings and recommendations in which she recommended that the Court dismiss the petition as untimely.  The findings and recommendations, which were served on the parties on the same date, provided that objections could be served within thirty days.  On August 4, 2014, Petitioner filed objections.  On August 27, 2014, after reviewing Petitioner's objections, the record as a whole, and applicable law, the Court adopted the findings and recommendations and granted Respondent's motion to dismiss the petition.  The Clerk of Court entered judgment for Respondent.

On February 24, 2015, Petitioner filed a document entitled "Objections to Findings and Recommendations."  Following review of the document, the Magistrate Judge determined that its substance indicated that Petitioner intended to seek reconsideration of the dismissal of his petition.  Accordingly, the Magistrate Judge ordered that the caption, "Objections to Findings and

1

Recommendations" be disregarded. The Magistrate Judge then analyzed the document as a motion for reconsideration and determined that Petitioner alleged no basis by which the Court could grant relief.

Accordingly, on March 16, 2015, the Magistrate Judge filed findings and recommendations recommending that the Court deny the motion for reconsideration. The findings and recommendations, which were served on the parties on the same date, provided that objections could be served within thirty days. Neither party filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having carefully reviewed the entire file *de novo* and considered Petitioner's objections, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court hereby ORDERS that the findings and recommendations filed March 16, 2015, be adopted in full, and the motion for reconsideration be denied. The Court DECLINES to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   **September 15, 2016**        /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE